FRANK CHIMBLO ET AL. *v.* ROSALIE MONAHAN

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 22516) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground of mootness?"

The Supreme Court docket number is SC 16733.

*Sheila A. Huddleston, Karen T. Staib, Frederick S. Gold* and *R. Michael Meo, Jr.*, in support of the petition.

Decided April 19, 2002